**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **LOANDEPOT.COM, LCC,** *Plaintiff,* | § | |
| **v.** | § | **MO:25-CV-00274-DC** |
| **JANET LOUISE THOMPSON, THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, UNITED STATES OF AMERICA, and GOODLEAP, LLC** *Defendants.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiff LoanDepot.com, LLC's repeated failure to respond to Court orders.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No timely objection having been filed, the Court's review is straightforward: clear error.

Finding no clear error, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that Plaintiff

---

[1] Doc. 8.
[2] Docs. 6, 7.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

LoanDepot.com, LLC's claims against Defendants Janet Louise Thompson, the Department of Housing and Urban Development, the United States of America, and GoodLeap, LLC are hereby **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for want of prosecution.

It is so **ORDERED.**

SIGNED this 18th day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE